IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| KWANE RASHID, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:12-CV-140 (WLS) |
| | : | |
| Lieutenant JADA BURKS, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## ORDER

Before the Court is a Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed January 31, 2013. (Doc. 9.) It is recommended that Plaintiff's claims against Defendants Richardson and Cross be dismissed, and Defendants Richardson and Cross be dismissed as Defendants. (Doc. 9 at 4.)

The Report and Recommendation provided the Parties with fourteen (14) days to file written objections to the recommendations therein. (*Id.*) The period for objections expired on Thursday, February 14, 2013; no objections have been filed to date. (*See* Docket).

Upon full review and consideration upon the record, the Court finds that said Recommendation (Doc. 9) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's claims against Defendants Richardson and Cross are **DISMISSED**, and Defendants Richardson and Cross are hereby **DISMISSED** from the case.

**SO ORDERED**, this  9th   day of April, 2013.

/s/ W. Louis Sands_____
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**

1